United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 19-11351-elf
Paul T Hanson, Jr.                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD              Page 1 of 1              Date Rcvd: Mar 12, 2019
                           Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2019.
db             +Paul T Hanson, Jr.,   1434 S. 2nd Street,   Philadelphia, PA 19147-6104
               +Philadelphia Housing Authority,   2013 Ridge Avenue,   attn:  PAYROLL CONTROLLER,
                 Philadelphia, PA 19121-4113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2019 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Paul T Hanson, Jr. dmo160west@gmail.com,
   davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                               TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Paul T Hanson, Jr.<br>xxx-xx-7327 | : | Case No. 19-11351-ELF |
| Debtor | | |

### APPLICATION FOR A WAGE ORDER

Debtor in the above caption matter hereby respectfully applies for a wage order to be issued in this case directing the employer to withhold from his/her pay period the sum listed on the attached order and to forward the same to the standing trustee listed on the attached order.

_____              /s/ David M. Offen
Chapter 13 Trustee                          David M. Offen, Esquire
                                            Attorney for Debtor(s)

Dated: March 11, 2019

Debtor's Counsel
David M. Offen, Esquire
Suite 160 West
The Curtis Center
601 Walnut Street
Philadelphia, PA 19106

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Paul T Hanson, Jr.<br>xxx-xx-7327 | : | Case No. 19-11351-ELF |
| Debtor | | |

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$75.00 EVERY WEEK.

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

_____    3/11/19
HONORABLE ERIC L. FRANK            DATED:
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:            David M. Offen Esq.
William C. Miller, Trustee         Suite 160 West, Curtis Ctr.
P.O. Box 1799                      Philadelphia, PA 19106
Memphis, TN  38101-1799            (215) 625-9600

Payroll Controller
Philadelphia Housing Authority
2013 Ridge Avenue
Philadelphia, PA 19121