Certificate Number: 12433-PAE-DE-032712691

Bankruptcy Case Number: 19-11351



12433-PAE-DE-032712691

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 23, 2019, at 5:29 o'clock PM EDT, Paul T. Hanson, Jr. completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 23, 2019              By:    /s/Lance Brechbill

                                    Name:  Lance Brechbill

                                    Title: Teacher