IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Paul T. Hanson, Jr.<br>Debtor | )<br>)<br>)<br>) | Chapter 13<br><br>No. 19-11351-ELF |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                        /s/David M. Offen
                                        David M. Offen
                                        Attorney for Debtor

Date: 6/24/19