IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Paul T. Hanson, Jr. | : | No. 19-11351-ELF |
|     Debtor | : | |

### ANSWER TO MOTION OF QUICKEN LOANS, LLC. FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Debtor avers payments were made for March and April and will provide proof of the same. The payment for May 2020 shall be made telephonically today.

7. Denied.

8. Denied.

9. No Response required.

                                        /s/ David M. Offen
                                        David M. Offen
                                        Attorney for Debtor(s)

Dated: 5/26/20

### CERTIFICATE OF SERVICE

The following has been served by electronic mail:

Rebecca A. Solarz on behalf of Quicken Loans, LLC.
Bkgroul@kmllawgroup.com

                                        /s/ David M. Offen
                                        David M. Offen
Dated: 5/26/20                       Attorney for Debtor