```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

        IN RE:                    :     CHAPTER 13
                                  :
        Paul T Hanson, Jr.        :     No.  19-11351-ELF
              Debtor              :
```

ANSWER TO MOTION OF HYUNDAI MOTOR FINANCE COMPANY FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 AND CERTIFICATE OF SERVICE

    1.    Admitted.

    2.    Admitted.

    3.    Admitted.

    4.    Admitted.

    5.    Admitted.

    6.    Admitted and Debtor will get the same caught up.

    7.    Denied.

WHEREFORE Debtors respectfully request this Honorable Court deny Movant's Motion for Relief

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 03/08/2021

A copy of this Answer is being served on William E. Craig, Esquire, and the Chapter 13 Trustee.