IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: PAUL T. HANSON, JR.<br>**Debtor(s)** | ) <br> ) CHAPTER 13 <br> ) |
| HYUNDAI MOTOR FINANCE COMPANY<br>**Moving Party** | ) CASE NO. 19-11351-ELF <br> ) <br> ) 11 U.S.C. 362 |
| v. | ) <br> ) 11 U.S.C. 1301 |
| PAUL T. HANSON, JR.<br>  JUSTIN HANSON<br>**Respondent(s)** | ) <br> ) HEARING DATE: **4-20-21 at 9:30 AM** <br> ) |
| WILLIAM C. MILLER<br>**Trustee** | ) <br> ) |

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Hyundai Motor Finance and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about May 13, 2021 in the above matter (Doc. # 47) is **APPROVED**.

Dated: 5/13/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**