# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Paul T. Hanson, Jr. | : | No. 19-11351-ELF |
| SS# XXX-XX-7327 | : | |
| Debtor | : | |

## ORDER

AND NOW, this __14th__ day of __March__, 2022, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**