United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11351-elf |
| Paul T Hanson, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 16, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul T Hanson, Jr., 1434 S. 2nd Street, Philadelphia, PA 19147-6104 |
| 14282663 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14299733 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14282665 | + | City of Philadelphia, BAA Special Unit, P.O. Box 56048, Philadelphia, PA 19130-6048 |
| 14588066 | + | Hyundai Motor Finance Company, c/o William E. Craig, Esq., 110 Marter Ave, Ste 301, Moorestown, NJ 08057-3124 |
| 14282668 | + | Justin Hanson, 1434 S. 2nd Street, Philadelphia, PA 19147-6104 |
| 14282672 | + | MRS BPO, 1930 Olney Drive, Cherry Hill, NJ 08003-2016 |
| 14282669 | + | Michael J. Dougherty, Esq., 170 S. Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14282673 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14282674 | + | Prudential Bank, 238 A Moore Street, Philadelphia, PA 19148-1955 |
| 14285716 | + | Quicken Loans, Inc., c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14282676 | | Sunrise Credit Services, Inc., P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 14282677 | #+ | Trudy Mione, P.O. Box 22525, Philadelphia, PA 19110-2525 |
| 14282679 | + | Wells Fargo Bank, 123 S. Broad Street, Philadelphia, PA 19109-1094 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 16 2022 23:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 16 2022 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 16 2022 23:57:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14369609 | | Email/Text: megan.harper@phila.gov | Mar 16 2022 23:57:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14305687 | + | Email/Text: RASEBN@raslg.com | Mar 16 2022 23:57:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14287248 | | Email/Text: mrdiscen@discover.com | Mar 16 2022 23:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14282666 | + | Email/Text: mrdiscen@discover.com | Mar 16 2022 23:57:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14324410 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 16 2022 23:57:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 16, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

| | | | |
|---|---|---|---|
| | | | FOUNTAIN VALLEY, CA 92728-0809 |
| 14282667 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 16 2022 23:57:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain City, CA 92728-0829 |
| 14587772 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 16 2022 23:57:00 | Hyundai Motor Finance Company, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14282664 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2022 00:02:21 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14321737 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2022 00:02:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14282670 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2022 23:57:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14288683 | + Email/Text: bankruptcy@philapark.org | Mar 16 2022 23:57:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14282675 | + Email/Text: bankruptcyteam@quickenloans.com | Mar 16 2022 23:57:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14314711 | + Email/Text: bankruptcyteam@quickenloans.com | Mar 16 2022 23:57:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14282676 | Email/Text: bankruptcy@sunrisecreditservices.com | Mar 16 2022 23:57:00 | Sunrise Credit Services, Inc., P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 14282678 | Email/Text: megan.harper@phila.gov | Mar 16 2022 23:57:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14282671 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 18, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Paul T Hanson Jr. dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | |

District/off: 0313-2                                          User: admin                                          Page 3 of 3
Date Rcvd: Mar 16, 2022                              Form ID: 138OBJ                              Total Noticed: 31

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ

on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Hyundai Motor Finance Company ecfmail@mortoncraig.com  mortoncraigecf@gmail.com


TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Paul T Hanson, Jr.

            Debtor(s)                                 Case No: 19−11351−elf

                                                                           Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/16/22